UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ANTOINE SCOTT, )<br>   Plaintiff, )<br>                  )<br>v.                    )<br>                  )<br>THE CBE GROUP, INC. )<br>                  )<br>   Defendants. )<br>                  )<br>                  ) | Case No.: 3:24-cv-00822 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION:**

**PLEASE TAKE NOTICE** that Defendant files its Notice of Removal as follows:

1. Plaintiff ANTOINE SCOTT filed his state court COMPLAINT on August 5, 2024, in the Superior Court Division of the General Courts of Justice of Mecklenburg County, North Carolina.

2. This is a civil action based on Plaintiff's contention that Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA") and the North Carolina's Unfair and Deceptive Trade Practices Act, N.C. Gen. Stats. § 75-1.1 *et seq.* ("NCUDTPA").

3. Removal is proper because this case involves a federal question—an alleged violation of the FCRA. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district and division.

5. Defendant was served with Plaintiff's summons and complaint on August 22, 2024.

6. Removal is timely pursuant to 28 U.S.C. § 1441(b) and Rule 6 of the Federal Rules of Civil Procedure because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's state court complaint.

7. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as "**Exhibit A**."

8. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the Clerk of the Superior Court of the General Courts of Justice of Mecklenburg County, North Carolina.

WHEREFORE, Defendants respectfully request that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: September 10, 2024.

Respectfully submitted,

/s/ Jesse M. Tillman, III
Jesse M. Tillman, III
(N.C. Bar No. 26789)
Frost Echols, LLC
P.O. Box 12645
Rock Hill, SC 29731
Phone: (803) 329-8984
Email: jay.tillman@frostechols.com
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that he forwarded a copy of the foregoing pleading to Plaintiff via **U.S. Mail** on this 10th day of September of 2024:

ANTOINE SCOTT
4509 Morgan Street
Charlotte, North Carolina 28208
*Pro Se Plaintiff*

                                                */s/* Jesse M. Tillman, III
                                                JESSE M. TILLMAN, III